FILED

2010 FEB 24 P 1: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BZ

ZENAIDA TEVES Plaintiff,

vs.

CV 10 CASE NO. 779

BANK OF AMERICA
Defendant(s).

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

   Address 619 PARADISE VALLEY CT

   City, State & Zip Code DANVILLE CA 94526

   Phone 925-735 1322 / 925 216 3785

2. Defendant is located at:

   Address 2000 CLAYTON ROAD

   City, State & Zip Code CONCORD, CA 94520

3. This action is brought pursuant to the Age Discrimination in Employment Act (ADEA), 29 USC 621 et seq. for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

   Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1. c. __ Failure to promote me.
2. d. ✓ Other acts as specified below.

SUPERVISOR ASKED MY AGE AT 4:45 PM - FRIDAY AND BY 6:30 ADECCO CALLED ME NOT REPORT ON MONDAY, IF THE SUPERVISOR DOESN'T LIKE ME SHE WOULD ASK AGENCY NOT TO SHOW UP OR REPORT ON FRIDAY.

5. Defendant's conduct is discriminatory with respect to the following:

   a. __ My race or color.
   b. __ My religion.
   c. __ My sex.
   d. __ My national origin.
   e. ✓ Other as specified below.

   AGE DISCRIMINATION

6. The basic facts surrounding my claim of discrimination are:

I WAS DESCRIMATED BY BANK OF AMERICA BECAUSE OF MY AGE. AT THAT TIME I WAS 61, MY RIGHTS WERE VIOLATED PER THE STATUTE. I STARTED OR MY FIRT DAY TO REPORT WAS WED + DURING THAT TIME I WAS ON THE TRAINING PROCESS + TAKING NOTES ONLY. BY FRIDAY I WAS GIVEN ALL MY COMPUTER ACCESS (PASSWORD etc) I HAVE A DECREE I DID SOME CLERICAL FILING AS WELL / BEC OF THE COMP. ACCESS.

7. The alleged discrimination occurred on or about __February 15, 2008__
                                                        (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

1 | discriminatory conduct on or about  08/25/08.
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about  12-08-09
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes ✓   No ___
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.
10 |
11 | DATED: 2/22/10
12 | SIGNATURE OF PLAINTIFF
13 |
14 | *(PLEASE NOTE: NOTARIZATION*   ZENAIDA  TEVES
15 | *IS NOT REQUIRED.)*   PLAINTIFF'S NAME
16 | (Printed or Typed)

Form-Intake 2 (Rev. 4/05)         - 3 -

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
|---|---|---|
| | **DISMISSAL AND NOTICE OF RIGHTS** | |
| To: Zenaida Teves<br>619 Paradise Valley Ct<br>Danville, CA 94526 | | From: Oakland Local Office<br>1301 Clay Street<br>Suite 1170 N<br>Oakland, CA 94612 |

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 555-2008-00912 | Margarita Hossainizadeh,<br>Investigator | (510) 637-3246 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Kristine A. Jensen,
Director

12-08-2009
*(Date Mailed)*

Enclosures(s)

cc: Susan L. Gray
Senior VP. Advice & Counsel
BANK OF AMERICA
325 E Street
Davis, CA 95616