**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZENAIDA TEVES,

    Plaintiff,

  v.

BANK OF AMERICA,

    Defendant.
                                      /

No. C 10-00779 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan

**IT IS SO ORDERED.**

Dated: March 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ZENAIDA TEVES,

        Plaintiff,

  v.

BANK 0F AMERICA et al,

        Defendant.
                                            /

Case Number: CV10-00779 JSW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zenaida Teves
619 Paradise Valley Court
Danville, CA 94526

Dated: March 30, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk