IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA TEVES,<br><br>          Plaintiff,<br><br>    v.<br><br>BANK 0F AMERICA,<br><br>          Defendant.<br>_____/ | No. C 10-00779 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 1, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 2, 1010</u>.

DESIGNATION OF EXPERTS: <u>1/7/11</u>; REBUTTAL: <u>n/a</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 31, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 4, 2011</u>;

     Opp. Due <u>February 18, 2011 </u>;  Reply Due <u>February 25, 2011</u>;

     and set for hearing no later than <u>March 11, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 7, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 20, 2011</u> at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The plaintiff shall be referred to pro bono program for purposes of settlement.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                    SUSAN ILLSTON
                                                                    United States District Judge