ZENAIDA TEVES
619 Paradise Valley Court
Danville, CA 94526
Telephone:    (925) 735-1322
Email: dztev@sbcglobal.net

Plaintiff in *Pro Per*

AARON SILBERMAN (STATE BAR NO. 161021)
ROGERS JOSEPH O'DONNELL
Robert Dollar Building
311 California Street, 10th Floor
San Francisco, CA 94104-2695
Telephone:    (415) 956-2828
Facsimile:    (415) 956-6457
Email: asilberman@rjo.com

Special Assisted Mediation Counsel for PLAINTIFF

PATRICIA K. GILLETTE (STATE BAR NO. 74461)
KATINA B. MINER (STATE BAR NO. 244914)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email: pgillette@orrick.com
Email: kminer@orrick.com

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION
(erroneously sued as BANK OF AMERICA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA TEVES<br><br>         Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>         Defendant. | Case No. CV 10-0779 SI<br><br>**STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston<br>Trial Date: June 20, 2011 |

**STIPULATION**

1. Though its undersigned counsel, Defendant Bank of America, National Association and Plaintiff in *pro per*, Zenaida Teves along with her Special Assisted Mediation Counsel, Aaron Silberman of Rogers Joseph O'Donnell, hereby stipulate and agree to continue the deadline for engaging in Alternative Dispute Resolution pursuant to Local Rules 6-2 and 17-1.

2. The Parties initially stipulated and agreed to participate in court-sponsored mediation.

3. On June 16, 2010, the Court ordered the Parties to complete the ADR process within 90 days, or on or before September 14, 2010. *See* Docket No. 25.

4. Plaintiff filed an "Application for Assisted Mediation" and the Court has appointed volunteer counsel to assist Plaintiff at mediation.

5. On July 30, 2010, the Court's "Order Assigning Case to Assisted Mediation and Appointing Special Assisted Mediation Counsel" modified the deadline for the Parties to complete the ADR process, setting the deadline for September 29, 2010. *See* Docket No. 31.

6. Due to the recent appointment of Special Assisted Mediation Counsel and the need for Plaintiff to respond to Defendant's outstanding discovery requests, both Parties would benefit from additional time to conduct the mediation. Additionally, Special Assisted Mediation Counsel has a scheduling conflict and is scheduled to be in trial at the end of September 2010. Accordingly, the Parties request that the Court modify the current schedule and adjust the deadline for participating in court-sponsored mediation to October 22, 2010.

7. No other time modifications by stipulation have been requested in this matter.

8. The only effect of this request on the schedule for the case would be to move the ADR deadline back by approximately three weeks. This stipulation would not change the current trial schedule, as trial is scheduled for June 20, 2011.

9. Both parties agree to the stipulation as indicated by their electronic signatures below. The parties respectfully request that the Court approve the Stipulation,

pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of proposed Order is filed herewith.

Respectfully submitted,

DATED: August 30, 2010          ORRICK, HERRINGTON & SUTCLIFFE


By: _____/s/ Katina B. Miner_____
　　　　　　　Katina B. Miner

Attorneys for Defendant Bank of America, National Association

DATED: August 30, 2010


By: _____/s/_____
　　　　　　Zenaida Teves

Plaintiff in Pro Per

DATED: August 30, 2010


By: _____/s/_____
　　　　　　Aaron Silberman

Special Assisted Mediation Counsel for Plaintiff


I hereby attest that the concurrence in the filing of this document has been obtained from Plaintiff Zenaida Teves and Special Assisted Mediation Counsel, Aaron Silberman.

_____/s/ Katina B. Miner_____
Katina B. Miner
Attorneys for Defendant BANK OF AMERICA, NATIONAL ASSOCIATION

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for participating in mediation shall be continued from September 29, 2010 to October 22, 2010.

IT IS SO ORDERED.

DATED: August ___, 2010

_____
Judge Susan Illson
UNITED STATES DISTRICT JUDGE