ZENAIDA TEVES
619 Paradise Valley Court
Danville, CA  94526
Telephone:    (925) 735-1322
Email:  dztev@sbcglobal.net

Plaintiff in *Pro Per*

PATRICIA K. GILLETTE (STATE BAR NO. 74461)
KATINA B. MINER (STATE BAR NO. 244914)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email:  pgillette@orrick.com
Email:  kminer@orrick.com

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION
(erroneously sued as BANK OF AMERICA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA TEVES<br><br>                 Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>                 Defendant. | Case No. CV 10-0779 SI<br><br>**STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Susan Illston<br>Trial Date:  June 20, 2011 |

1 **STIPULATION**

2     1.    Though its undersigned counsel, Defendant Bank of America, National Association and Plaintiff in *pro per*, Zenaida Teves, hereby stipulate and agree to reschedule the subsequent Joint Case Management Conference currently scheduled for October 1, 2010, pursuant to Local Rules 6-2, 16-2(e), and 17-1.

    2.    At the initial case management conference on June 16, 2010, the Court ordered the parties to attend a subsequent joint case management conference on October 1, 2010.

    4.    Since that initial case management conference, the parties have scheduled mediation for October 20, 2010.

    5.    Plaintiff underwent oral surgery on September 24, 2010 and is still recovering from that operation.

    6.    Due to Plaintiff's health condition, the possibility that she may be unable to speak in court on October 1, 2010, and because the parties will participate in mediation on October 20, 2010, the parties request that the subsequent case management conference be rescheduled to take place on November 10, 2010 at 3:00 PM.

    7.    The only other time modification by stipulation requested in this matter moved the ADR deadline back by approximately three weeks. *See* Docket No. 34. Neither that stipulation, nor this one, impacts the current trial schedule. Trial would remain set to begin on June 20, 2011.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

OHS West:260998559.1      - 1 -      STIP REQUEST TO CHANGE TIME (L.R. 6-2) AND [PROPOSED] ORDER CASE NO. CV 10-0779 SI

8. Both parties agree to the stipulation as indicated by their electronic signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A form of proposed Order is filed herewith.

Respectfully submitted,

DATED: September 28, 2010          ORRICK, HERRINGTON & SUTCLIFFE

By: _____/s/ Katina B. Miner_____
Katina B. Miner
Attorneys for Defendant BANK OF AMERICA, NATIONAL ASSOCIATION

DATED: September 28, 2010

By: _____/s/_____
Zenaida Teves
Plaintiff in Pro Per

I hereby attest that the concurrence in the filing of this document has been obtained from Plaintiff Zenaida Teves.

_____/s/ Katina B. Miner_____
Katina B. Miner
Attorneys for Defendant BANK OF AMERICA, NATIONAL ASSOCIATION

1  **ORDER**

2  The Court having considered the above Stipulation, and good cause appearing

3  therefore,

4  IT IS HEREBY ORDERED that the subsequent joint case management conference

5  previously scheduled for October 1, 2010 shall be continued and rescheduled to take place on

6  November 10, 2010 at 3:00 PM.

7

8  IT IS SO ORDERED.

9

10  DATED: September ___, 2010

11

12  _____

13  Judge Susan Illston
    UNITED STATES DISTRICT JUDGE