IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA TEVES,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK 0F AMERICA,<br><br>        Defendant.<br>                                       / | No. C 10-00779 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 22, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 14, 2011

DESIGNATION OF EXPERTS: 2/11/11; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 4, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by March 18, 2011;

    Opp. Due April 1, 2011 ; Reply Due April 8, 2011;

    and set for hearing no later than April 22, 2011, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 7, 2011 at 3:30 PM.

JURY TRIAL DATE: June 20, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____                          _____
                                                                                  SUSAN ILLSTON
                                                                                   United States District Judge