```
1   ZENAIDA TEVES
    619 Paradise Valley Court
2   Danville, CA 94526
    Telephone:    (925) 735-1322
3   Email: dztev@sbcglobal.net

4   Plaintiff in Pro Per

5   PATRICIA K. GILLETTE (STATE BAR NO. 74461)
    KATINA B. MINER (STATE BAR NO. 244914)
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
7   405 Howard Street
    San Francisco, CA 94105-2669
8   Telephone:    (415) 773-5700
    Facsimile:    (415) 773-5759
9   Email: pgillette@orrick.com
    Email: kminer@orrick.com
10
    Attorneys for Defendant
11  BANK OF AMERICA, NATIONAL ASSOCIATION
    (erroneously sued as BANK OF AMERICA)
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZENAIDA TEVES | Case No. CV 10-0779 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER RE SAME** |
| BANK OF AMERICA, NATIONAL ASSOCIATION | |
| Defendant. | |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and between the parties to this action, acting through their counsel of record, that the above-captioned entire action of all parties and all causes of action be and are hereby dismissed, with prejudice.

Dated: March 09, 2011

ZENAIDA TEVES

By: _____
Zenaida Teves
Plaintiff in PRO PER

Dated: March 17, 2011

PATRICIA K. GILLETTE
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Patricia K. Gillette
_____
Patricia K. Gillette
Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

The Court having considered the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the claims of PLAINTIFF ZENAIDA TEVES are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**
Dated: _____3/18/11_____

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 1 -

REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER CASE NO. CV 10-0779 SI

OHS WEST:261103572.1